UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND et al.,

Petitioners,

-against-

G&J LEADING CONSTRUCTION INC.,

Respondent.

26 Civ. 7410 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action concerns a petition to confirm an arbitration award (the "Petition").

WHEREAS, Respondent was served on September 9, 2026 (Dkt. No. 8) but has not yet appeared in the action.

WHEREAS, Respondent was required to answer, move or otherwise respond to the Petition by September 30, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

WHEREAS, "default judgments in confirmation/vacatur proceedings are generally inappropriate." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Instead, a district court should treat an unanswered petition to confirm or vacate an arbitration award "as an unopposed motion for summary judgment." *Id.* at 110; *accord Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educ. and Indus. Fund v. F.I.P., Inc.*, No. 25 Civ. 8336, 2026 WL 2837747, at *3 (S.D.N.Y. Sep. 22, 2026). It is hereby

**ORDERED** that the Petition will be treated as an unopposed motion for summary judgment. Petitioners' unopposed motion for summary judgment is deemed fully briefed and will be decided on the papers already filed.

Dated: October 2, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**